STATE of Missouri, Plaintiff/Respondent,

v.

David HARRIS, Defendant/Appellant.

David HARRIS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 67799.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 6, 1997.

N. Scott Rosenblum, Ramona L. Marten, Wittner, Poger, Rosenblum & Spewak, P.C., St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

David Harris appeals from a sentence as a Class X offender entered on a jury verdict convicting him of first degree assault for inflicting serious physical injury on victim. In addition, he appeals the denial of his Rule 29.15 motion. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memoran-

dum opinion for their information only, setting forth the basis for this order.